Case 3:10-cv-05642-JLR   Document 30-1   Filed 05/25/11   Page 1 of 1
```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

JUL 13 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BARRIENTEZ,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

        Defendant.

Case No. C10-5642-JLR

**ORDER DISMISSING CASE**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all *including Plaintiff's Objections (Dkt 35),* papers and exhibits filed in support of and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The final decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of July, 2011.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE - 1

10-CV-05642-AF